[Nos. 22036–5–I; 22692–4–I.  Division One.  October 24, 1989.]

PETER KIEWIT SONS' CO., ET AL, *Respondents,* v. EMPLOY-
ERS INSURANCE OF WAUSAU, ET AL, *Defendants,*
REPUBLIC INSURANCE COMPANY,
ET AL, *Appellants.*

Appeals from judgments of the Superior Court for King
County, No. 85-2-08818-2, Sharon S. Armstrong and
Gerard M. Shellan, JJ., entered November 25, 1987, Febru-
ary 19 and 26 and April 1, 1988. *Affirmed in part* and
*reversed in part* by unpublished opinion per Pekelis, J.,
concurred in by Coleman, C.J., and Williams, J. Pro Tem.

[No. 9386–7–III.  Division Three.  October 24, 1989.]

JACK CARR, *Appellant,* v. JAKE WHITE, ET AL,
*Respondents.*

Appeal from a judgment of the Superior Court for
Franklin County, No. 87-2-50342-1, Dennis D. Yule, J.,
entered May 31, 1988. *Reversed* by unpublished opinion
per Green, J., concurred in by Munson, A.C.J., and Shields,
J.

The unpublished opinion in this cause, which was filed
on July 27, 1989, is *withdrawn* by order dated October 24,
1989.

[No. 9377–8–III.  Division Three.  October 24, 1989.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN
CLARENCE FRANKLIN, *Appellant.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 84-1-00988-9, Marcus M. Kelly, J.,
entered May 27, 1988. *Affirmed* by unpublished opinion per
Green, J., concurred in by Munson, A.C.J., and Shields, J.